STEVEN J. BELL, ESQ. (SBN 126567)
ROSS J. PSYHOGIOS, ESQ. (SBN 293165)
**JONES CLIFFORD, LLP**
1390 Market Street, Suite 1200
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266

Attorneys for Plaintiff,
NORMAN SILVA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORMAN SILVA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AMERICAN WOOD FIBERS, INC., and DOES 1 to 50,<br><br>　　　　Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES** |

Plaintiff NORMAN SILVA hereby alleges on information and belief, the following facts in support of his claim for damages arising out of a personal injury incident.

## I. PARTIES

1. At all relevant times, NORMAN SILVA was and is a citizen of the Unites States of America, and a resident of the State of California. He presently resides in the County of Calaveras.

2. At all relevant times, Defendant AMERICAN WOOD FIBERS, INC. was and continues to be a Maryland corporation, authorized to conduct business and conducting business in the State of California, with its principle place of business at 9841 Broken Land Parkway, Suite 1200, Columbia, MD 21046.

## II. JURISDICTION AND VENUE

3.  Plaintiff brings his complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

4.  Venue is proper in the United States District Court for the Eastern District of California, Sacramento Division, because the events giving rise to this action occurred within the County of Yuba. Plaintiff demands trial by jury.

## III. FACTUAL ALLEGATIONS

5.  On or about March 24, 2016 at 8:00 a.m., Plaintiff NORMAN SILVA, a truck driver with AC Trucking, drove his flatbed truck into the AMERICAN WOOD FIBERS, INC. yard located at 4560 Skyway Drive, Olivehurst, California, to pick up a load of wood materials.

6.  At said time and date, employees of AMERICAN WOOD FIBERS, INC. were responsible for loading wood materials on to the back of Plaintiff's flatbed truck. While Defendant's employees were loading the wood materials onto Plaintiff's truck, Plaintiff began tying down straps around his truck to secure the load.

8.  At said time and date, an employee of AMERICAN WOOD FIBERS, INC drove a forklift at a high rate of speed and struck Plaintiff NORMAN SILVA from behind as he was tying down straps over the load. Plaintiff NORMAN SILVA was flung to the ground, sustaining severe personal injuries.

## IV. FIRST CAUSE OF ACTION - NEGLIGENCE

9.  Plaintiff incorporates by reference each and every allegation contained in Paragraphs 5 through 8 as though fully set forth herein.

10. Employees for the AMERICAN WOOD FIBERS, INC, acting within the course and scope of employment with the AMERICAN WOOD FIBERS, INC., and Does 1 through 25, negligently operated, caused and/or directed a forklift to strike Plaintiff NORMAN SILVA in such a manner that caused injury to Plaintiff. Specifically, they operated the forklift in an area they

knew others were working who would be exposed to a risk of harm if the forklift was not operated safely. They drove the forklift in a manner which they knew obstructed their view of others, while traveling at high speeds.

11. These Defendants further violated industry safety rules, regulations and laws including, but not limited to, Title 8 C.C.R. 3650(t)(9)-(13) regarding the operation of industrial trucks. Plaintiff, as a worker at the loading dock of Defendants' facility, not employed by Defendants, was within the class of workers who were intended to be protected by this and other codes, regulations and laws violated by Defendants.

12. As a result of the above, Defendants negligently struck Plaintiff from behind causing him to suffer severe personal injuries.

13. As a direct and legal result of the negligent act or omissions set forth above and incorporated herein by reference, Plaintiff has suffered economic and non-economic damages for his personal injuries.

## V. SECOND CAUSE OF ACTION - PREMISES LIABILITY

14. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 5 through 13 as though fully set forth herein.

15. Defendant AMERICAN WOOD FIBERS, INC. negligently owned, maintained, managed, and operated the subject premises. Defendant caused and required multiple truck drivers from independent trucking companies to enter a confined loading area which was too small for the safe movement of industrial equipment and personnel in and around the trucks.

16. Plaintiff was engaged in truck driving activities, which required that Defendants, who controlled the loading area, provide adequate access through the truck-loading site for the safe movement of equipment and means and methods for pedestrian control. Defendants breached this duty and others created by custom and practice and, as a result of this negligence, Plaintiff was caused to be struck by a forklift being driven by an employee of Defendant.

17. The Defendants who were the agents and employees of the other defendants and

acted within the scope of the agency were Does 20 to 50.

## VI. PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For economic damages according to proof at the time of trial, to the extent permitted by California law and as reflected in CACI 3903A, 3903C, 3903D, 3903E, including, but not limited to, past and future medical expenses, past and future lost earnings, lost earning capacity, and loss of ability to provide household services;

2. For non-economic damages according to proof at the time of trial, to the extent permitted by California law and CACI 3905A and 3920, including, but not limited to, past and future physical pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and emotional distress;

3. For costs of suit herein;

4. For pre-judgment interest; and

5. For such further relief as the Court may deem proper.

Date: February 9, 2018

JONES CLIFFORD, LLP

By:_____/s/ Ross J. Psyhogios_____
Steven J. Bell
Ross J. Psyhogios
Attorneys for Plaintiff Norman Silva